FILED
DEC 1 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **07CR 825** |
| vs. | ) ) ) | Violations: Title 18, United States Code, Sections 471 and 472 |
| STEVEN ROBERSON | ) | |

**JUDGE KENDALL**

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about July 24, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN ROBERSON,

defendant herein, with intent to defraud, possessed falsely made, forged, counterfeited, and altered obligations of the United States, namely, approximately two hundred dollars ($200) in counterfeit Federal Reserve notes, in denominations of one hundred dollars ($100);

In violation of Title 18, United States Code, Section 472.

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about November 20, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN ROBERSON,

defendant herein, with intent to defraud, falsely made, forged, counterfeited, and altered obligations of the United States, namely, approximately thirteen thousand seven hundred and fifty dollars ($13,750) in counterfeit Federal Reserve notes, in denominations of one hundred dollars ($100) and fifty dollars ($50);

In violation of Title 18, United States Code, Section 471.

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about November 20, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN ROBERSON,

defendant herein, with intent to defraud, possessed falsely made, forged, counterfeited, and altered obligations of the United States, namely, approximately thirteen thousand seven hundred and fifty dollars ($13,750) in counterfeit Federal Reserve notes, in denominations of one hundred dollars ($100) and fifty dollars ($50);

In violation of Title 18, United States Code, Section 472.

## FORFEITURE ALLEGATION

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations of Counts One through Three of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461.

2. As a result of the violations of Title 18, United States Code, Sections 471 and 472 as alleged in Counts One through Three of the foregoing Indictment,

STEVEN ROBERSON,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461, any and all right, title, and interest he may have in any property, real and personal, constituting, derived from, or otherwise involved in the making, possessing, and attempting to make falsely made and counterfeited obligations of the United States, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461, include, but are not limited to: (1) a Hewlett Packard PSC 2410 Photosmart All-in-one printer, scanner, copier, Serial No. MY418J11S2; (2) a red 1999 Cadillac automobile bearing Illinois registration G382676, (3) one hundred thirty-seven counterfeit $100 federal reserve notes, (4) five counterfeit $50 federal reserve notes, and (5) eleven genuine $100 federal reserve notes.

4. If any of the property subject to forfeiture and described above, as a result of any act or omission of the defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the Court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

All pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY