Cat 3     Felony    NF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**FILED**
DEC 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE KENDALL**

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

**07CR 825**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO **X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint.

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO **X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO **X** YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO **X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO **X**   YES ☐

6) What level of offense is this indictment or information?    **FELONY X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?    NO **X**   YES ☐

8) Does this indictment or information include a conspiracy count?    NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances . (III) |
| ☐ Criminal Antitrust ...... (I) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
| ☐ Bank robbery .......... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft .............. (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery .............. (III) | ☐ Motor Carrier Act ........... (IV) |
| ☐ Burglary ............ (IV) | **X Counterfeiting** ..... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ....... (III) | **Other Federal Statutes** ....... (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

**Title 18 U.S.C. § 471 and 472**

_____
RENATO MARIOTTI
Assistant United States Attorney

(revised 12/99)