Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 825 | DATE | 12/19/2007 |
| CASE TITLE | USA vs. Steven Roberson | | |

**DOCKET ENTRY TEXT**

Arraignment hearing held. Attorney Steven Levy enters an appearance as appointed counsel on behalf of defendant. Defendant enters plea of not guilty to all counts of the indictment. Any pretrial motions shall be filed by 1/14/2008. Responses due by 1/28/2008. Replies due by 2/4/2008. Status hearing set for 2/6/2008 at 1:30 p.m. Jury Trial set for 4/28/2008 at 9:15 AM. Defendant released on $4,500 own recognizance bond. Defendant not objecting, time is excluded pursuant to 18 USC 3161(h)(1)(F) for pretrial motions from 12/19/2007 to 2/6/2008.

(X - E)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|