CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case

U.S. v. Roberson                                   07 CR 0825

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Steven Roberson

FILED
DEC 19 2007
DECEMBER 19, 2007
JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE s/ | Gary Steven M. Levy |
| FIRM | |
| STREET ADDRESS | 266 Rutledge St |
| CITY/STATE/ZIP | Gary IN 46404 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6245597 | TELEPHONE NUMBER 219 882 7071 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☑ | |