# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                           Plaintiff,

v.                                                                Case No.: 1:07−cr−00825
                                                                   Honorable Virginia M. Kendall

Steven Roberson

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 6, 2008:

       MINUTE entry before Judge Virginia M. Kendall : as to Steven Roberson, At the joint request of counsel, the Status hearing set currently set for 2/6/08 is stricken and reset for 2/27/2008 at 01:30 PM. Defendant not objecting, time is ordered excluded under 18 U.S.C. 3161(h)(8)(B)(i) in the interest of justice from 2/6/2008 through 2/27/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.