## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:07−cr−00825
                                                          Honorable Virginia M. Kendall

Steven Roberson

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Virginia M. Kendall : as to Steven Roberson, Status hearing held on 2/27/2008. Status / Change of Plea Hearing set for 3/26/2008 at 01:30 PM. The 4/28/08 trial date is stricken. Defendant not objecting and pursuant to 18 U.S.C. 3161(h)(8)(B)(i) time is excluded in the interest of justice through and including 3/26/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.