UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                            Case No.: 1:07−cr−00825
                                                           Honorable Virginia M. Kendall

Steven Roberson

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: as to Steven Roberson, Change of Plea Hearing held and continued to 4/28/2008 at 01:30 PM. Defendant is admonished to abide by the conditions of his pretrial release. Defendant not objecting, time is excluded under 18 U.S.C. 3161(h)(8)(B)(i) in the interest of justice through 4/28/2008. Mailed notice (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.