## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 825 | **DATE** | April 28, 2008 |
| **CASE TITLE** | USA vs. Steven Roberson | | |

**DOCKET ENTRY TEXT**

MINUTE entry before Judge Virginia M. Kendall as to Steven Roberson: Change of plea hearing held. Defendant withdraws his plea of not guilty and enters a plea of guilty as to Count II of the Indictment filed 12/11/2007. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for presentence investigation. Sentencing set for August 26, 2008 at 1:30 p.m. Position papers regarding presentence investigation due 8/12/2008; responses due 8/19/2008.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | KW |
|---|---|---|