UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STEVEN ROBERSON )<br>       Defendant. )<br>_____) | Case. No. 07 CR 825<br>Judge Virginia M. Kendall |

NOTICE OF FILING

**TO:**

Renato Mariotti
Assistant United States Attorney
Office of the United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on July 18, 2008 the undersigned filed with the Clerk of the Court the following:

Defendant Roberson's Response to Presentence Investigation Report

A copy of which is hereby served upon you.

Respectfully Submitted,

S/Steven M. Levy_____
**Steven M. Levy, Esq.**

**Steven M. Levy, Esq.**
266 Rutledge Street
Gary, Indiana 46404
219-882-1071
Bar No. 1645897
**Attorney for Defendant Roberson**

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that in compliance with the Order of the United States District Court on Electronic Filing, a copy of the foregoing Defendant's Response was served by electronic means, this 18th day of July, 2008 on Renato Mariotti, Assistant U.S. Attorney, Office of the United States Attorney, 219 S. Dearborn, 5th Floor, Chicago, Illinois 60604 and to Jason Christiansen, U.S. Probation Officer, 55 E. Monroe-Suite 1500, Chicago, Illinois 60603.

                                          S/ Steven M. Levy_____
                                          Steven M. Levy, Esq.