UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  07 CR 825 |
| | ) | Judge Virginia M. Kendall |
| STEVEN ROBERSON | ) | |

MOTION OF THE UNITED STATES FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE

The United States of America, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 492, Title 28, United States Code, Sections 2461 and Fed. R. Crim. P. 32.2 and in support thereof submits the following:

(1) On December 11, 2007 an indictment was returned charging STEVEN ROBERSON with intent to defraud, falsely make, forge, counterfeit, and alter obligations of the United States, pursuant to the provisions of 18 U.S.C. § 471.

(2) The indictment sought forfeiture to the United States of specific property, namely:

   (a) a Hewlett Packard PSC 2410 Photosmart All-in-one printer, scanner, copier, Serial No. MY418J11S2; and

   (b) [1]$977 genuine federal reserve notes in the denomination of three (3) $100 FRNs, three (3) $50 FRNs, twenty-six (26) $20 FRNs, one (1) $5 FRN and two (2) $1 FRNs.

(3) On April 28, 2008, pursuant to Fed R. Crim. P. 11, defendant STEVEN ROBERSON entered a voluntary plea of guilty to Count Two of the indictment charging him with a violation of 18 U.S.C. § 471.

---

[1] The amount in the indictment of eleven genuine $100 FRNs is incorrect.

(4) Defendant STEVEN ROBERSON has agreed to the entry of a preliminary order of forfeiture, before or at the time of sentencing, relinquishing any right, title or interest he has in the foregoing property and allowing the property to be disposed of according to law.

(5) Pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461, and to the terms of his plea agreement, the United States seeks forfeiture of all right, title, and interest that defendant STEVEN ROBERSON may have in the forgoing property so that the property may be disposed of according to law.

(6) Pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461, upon entry of this preliminary order of forfeiture, the United States Department of Homeland Security shall seize and take custody of the foregoing property for disposition according to law.

(7) Further, pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461, upon entry of a preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the aforementioned property according to law. The government may also, pursuant to statute, to the extent practicable, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture.

(8) Further, pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461, any person, other than the defendant, asserting a legal interest in the property that has been ordered forfeit to the United States may, within thirty days of the final publication of notice or this receipt of notice under paragraph (g), whichever is earlier, petition the Court for a hearing to adjudicate the validity of this alleged interest in the property. The hearing shall be held before the court alone, without a jury.

(9) Following the Court's disposition of all third party interests, the Court shall, if appropriate, enter a final order of forfeiture as to the aforementioned property vesting clear title in the United States of America.

(10) The United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant STEVEN ROBERSON and included in any judgment and commitment order entered in this case against him.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 492 and 28 U.S.C. § 2461, and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to the foregoing property in accordance with the draft preliminary order of forfeiture which is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *s/ Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorney
219 S. Dearborn St., Room 500
Chicago, Illinois  60604
(312) 353-5300