UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 825 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| STEVEN ROBERSON | ) | |

**NOTICE OF FILING**

On **August 26, 2008,** at 1:30 p.m., or as soon thereafter as counsel may be heard, I will appear before Judge Kendall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **MOTION OF THE UNITED STATES FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE**, in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  *s/ Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7855

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF FILING**

was served on August 26, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:  *s/ Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7855