UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 825 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| STEVEN ROBERSON | ) | |

## CERTIFICATE OF SERVICE

    The undersigned Assistant United States Attorney hereby certifies that the following document:

MOTION OF THE UNITED STATES FOR ENTRY OF<br>PRELIMINARY ORDER OF FORFEITURE

was served on August 26, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                By:    *s/ Renato Mariotti*
                          RENATO MARIOTTI
                          Assistant United States Attorney
                          219 South Dearborn Street, 5th Floor
                          Chicago, Illinois 60604
                          (312) 886-7855