# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 825 | **DATE** | 8/26/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. STEVEN ROBERSON | | |

**DOCKET ENTRY TEXT**

Motion of the United States for entry of preliminary order of forfeiture [16] is granted. Enter preliminary order of forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 26 PM 5: 54
FILED